IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Anne Nicholson, | ) | C.A. #2:12-2779-PMD-BM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Science Applications International Corporation d/b/a SAIC, | ) | |
| Defendants. | ) | |

This matter is before the court upon the magistrate judge's recommendation that defendant 's motion to dismiss plaintiff's Fourth Cause of Action for breach of contract be granted . The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that plaintiff's **Fourth Cause of Action for breach of contract** is **dismissed.**

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

December 17, 2012
Charleston, South Carolina